

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| DENNIS LEE TAYLOR, | § | No. 08-14-00212-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 380th District Court |
| | § | |
| BETH DE GROOT TAYLOR, | | of Collin County, Texas |
| | § | |
| Appellee. | | (TC# 380-56130-2012) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record, and concludes the appeal should be dismissed for want of prosecution, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF AUGUST, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.